■ In the Matter of CHARLES E. SMITH, an Attorney. — Motion for a reference of the proceeding granted as indicated in the order of this court. Concur — Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.

■ In the Matter of DANIEL R. PINELLO, an Attorney. — Motion granted only to the extent of staying execution and enforcement of this court's order entered on March 8, 1984 (100 AD2d 64) as indicated in the order of this court. Concur — Murphy, P. J., Kupferman, Sandler, Asch and Milonas, JJ.